

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00307-CV

_____

IN RE RUTH'S DOOR ECCLESIASTICAL CHURCH TRUST™ BY AND THROUGH ITS TRUSTEES: JENNIFER-FAYE: JACOBSON©™ AND JUSTIN-JEREMY: JACOBSON©™, SUI JURIS, Relator

Original Proceeding
30th District Court of Wichita County, Texas
Trial Court No. DC30-FM2020-0838

Before Birdwell, J.; Sudderth, C.J.; and Wallach, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's petition for writ of prohibition and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of prohibition is denied.

Per Curiam

Delivered: June 30, 2025